| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **NSS FINANCIAL SERVICES, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **27-1767584**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **30 Broad Street** **Suite 407** **New York, NY 10004** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **NSS FINANCIAL SERVICES, LLC**    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **NSS FINANCIAL SERVICES, LLC**        Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **NSS FINANCIAL SERVICES, LLC**          Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  5, 2017**
              MM / DD / YYYY

X **/s/ Hezi Torati**                                    **Hezi Torati**
Signature of authorized representative of debtor         Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Scott A. Steinberg**                             Date **June  5, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Scott A. Steinberg**
Printed name

**Law Office Of Scott A. Steinberg**
Firm name

**167 Willis Avenue**
**Suite 1**
**Mineola, NY 11501**
Number, Street, City, State & ZIP Code

Contact phone  **(516) 739-9600**     Email address  **ssteinberg@saslawfirm.net**

**SS8646**
Bar number and State

# United States Bankruptcy Court
### Southern District of New York

In re   **NSS FINANCIAL SERVICES, LLC**  
Debtor(s)

Case No.  
Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hezi Torati**, declare under penalty of perjury that I am the **President** of **NSS FINANCIAL SERVICES, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability company at a special meeting duly called and held on the 5th day of   **June**  , 20 **17**  .

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the cmpany, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case."

Date   **June  5, 2017**

Signed   **/s/ Hezi Torati**  
**Hezi Torati**

Resolution of Board of Directors
of
**NSS FINANCIAL SERVICES, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case.

Date **June 5, 2017**               Signed _____

Date **June 5, 2017**               Signed _____

# United States Bankruptcy Court
**Southern District of New York**

In re  **NSS FINANCIAL SERVICES, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hezi Torati**, declare under penalty of perjury that I am the **President** of **NSS FINANCIAL SERVICES, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability company at a special meeting duly called and held on the 5th day of **June**, 20 **17**.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the cmpany, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case."

Date **June  5, 2017**

Signed **/s/ Hezi Torati**  
**Hezi Torati**

Resolution of Board of Directors
of
**NSS FINANCIAL SERVICES, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case.

Date  **June  5, 2017**                                              Signed  _____

Date  **June  5, 2017**                                              Signed  _____

# United States Bankruptcy Court
## Southern District of New York

In re **NSS FINANCIAL SERVICES, LLC**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hezi Torati**, declare under penalty of perjury that I am the **President** of **NSS FINANCIAL SERVICES, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability company at a special meeting duly called and held on the 5th day of **June**, 20 **17**.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the cmpany, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case."

Date **June 5, 2017**

Signed **/s/ Hezi Torati**
**Hezi Torati**

Resolution of Board of Directors
of
**NSS FINANCIAL SERVICES, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hezi Torati, President** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Hezi Torati, President** of this Company is authorized and directed to employ **Scott A. Steinberg**, attorney and the law firm of **Law Office Of Scott A. Steinberg** to represent the corporation in such bankruptcy case.

Date  **June  5, 2017**                                          Signed _____

Date  **June  5, 2017**                                          Signed _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NSS FINANCIAL SERVICES, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **30 Broad Street Ventures** c/o Stempel Bennett Claman & H 675 Third Avenue New York, NY 10017 | | **Judgment** | | | | $127,000.00 |
| **Arkady and Elena Abraham** 180-16 Dalny Road Jamaica, NY 11432 | | **Litigation** | **Disputed** | | | $250,000.00 |
| **Con Edison** 4 Irving Place New York, NY 10003 | | **utilities** | | | | $0.00 |
| **Regus Corporation** 15305 Dallas Parkways, #400 Addison, TX 75001 | | **Office Space Lease** | | | | $32,000.00 |
| **Ron Kutas** c/o Dorfman Consulting 69 Chester Place, #2B Englewood, NJ 07631 | | **Trade Debt** | **Disputed** | | | $0.00 |
| **TGG Holdings LLC** c/o Tim Ouellette 3471 Main Highway, Apt 411 Miami, FL 33133 | | **litigation** | **Disputed** | | | $110,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

# United States Bankruptcy Court
### Southern District of New York

In re  **NSS FINANCIAL SERVICES, LLC**                                  Case No.
Debtor(s)                                   Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hezi Torati** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 5, 2017**                                Signature  **/s/ Hezi Torati**
                                                                **Hezi Torati**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **NSS FINANCIAL SERVICES, LLC**                                                      Case No.
                                       Debtor(s)                                             Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 5, 2017**                          **/s/ Hezi Torati**
                                                  **Hezi Torati**/**President**
                                                  Signer/Title

```
30 BROAD STREET VENTURES
C/O STEMPEL BENNETT CLAMAN & H
675 THIRD AVENUE
NEW YORK, NY 10017


ARKADY AND ELENA ABRAHAM
180-16 DALNY ROAD
JAMAICA, NY 11432


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JONATHAN NEUMAN, ESQ.
176-25 UNION TPKE, SUITE 230
FRESH MEADOWS, NY 11366


MARJORY CAJOUX, ESQ.
116 BOND STREET
BROOKLYN, NY 11217


NEW YORK CITY LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYS DEPT. OF TAXATION & F
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INS
P.O. BOX 551
ALBANY, NY 12201
```

```
REGUS CORPORATION
15305 DALLAS PARKWAYS, #400
ADDISON, TX 75001


RON KUTAS
C/O DORFMAN CONSULTING
69 CHESTER PLACE, #2B
ENGLEWOOD, NJ 07631


SECURITIES EXCHANGE COMM.
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279


STEMPEL BENNETT CLAMAN & HOCHB
675 THIRD AVENUE
NEW YORK, NY 10017


TGG HOLDINGS LLC
C/O TIM OUELLETTE
3471 MAIN HIGHWAY, APT 411
MIAMI, FL 33133


U.S. TRUSTEES OFFICE
201 VARICK STREET
SUITE 1006
NEW YORK, NY 10014


UNITED STATES ATTORNEY
ONE ST. ANDREWS PLAZA
CLAIMS UNIT - ROOM 417
NEW YORK, NY 10007
```

# United States Bankruptcy Court
## Southern District of New York

In re  **NSS FINANCIAL SERVICES, LLC**                        Case No.
                                    Debtor(s)                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NSS FINANCIAL SERVICES, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 5, 2017** | **/s/ Scott A. Steinberg** |
| Date | **Scott A. Steinberg** |
| | Signature of Attorney or Litigant |
| | Counsel for  **NSS FINANCIAL SERVICES, LLC** |
| | **Law Office Of Scott A. Steinberg** |
| | **167 Willis Avenue** |
| | **Suite 1** |
| | **Mineola, NY 11501** |
| | **(516) 739-9600 Fax:(516) 739-9609** |
| | **ssteinberg@saslawfirm.net** |