UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NSS FINANCIAL SERVICES LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 17-11564 (SHL) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, 30 Broad Street Venture LLC hereby appears in the above-captioned case by its counsel, STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

        STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
        675 Third Avenue, 31st Floor
        New York, New York 10017
        Attn: Edmond P. O'Brien, Esq.

Dated:   New York, New York
              June 21, 2017

                                      STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
                                      Attorneys for 30 Broad Street Venture LLC

                                      By: _____
                                            Edmond P. O'Brien (EO-5583)
                                      675 Third Avenue, 31st Floor
                                      New York, New York 10017
                                      (212)681-6500
                                      (212)681-4041 - fax

TO:   All parties having appeared
234644.docx